UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

COURT NO.   3:18-cv-296-RGJ                                    ***ELECTRONICALLY FILED***

UNITED STATES OF AMERICA                                        PLAINTIFF

vs.

FANNIE L. WALKER
8500 BIGGIN HILL LANE
LOUISVILLE, KY 40220                                            DEFENDANT

## COMPLAINT

1. This is an action to collect debt owed to the Plaintiff United States of America, through its agency the Department of Education.  This Court has jurisdiction under 28 U.S.C. § 1345.

2. Defendant, Fannie L. Walker, resides in the Louisville Division of the Western District of Kentucky.

3. Upon information and belief, the Defendant is not an infant or incompetent person.

### COUNT I

4. The allegations of Paragraph 1 through 3 are fully incorporated fully herein.

5. On or about January 9, 1995, the Defendant, for value, signed a promissory note in order to secure a Federal Family Education Loan Program Consolidation loan.  (Exhibit A).  The loan obligation was guaranteed by Great Lakes Higher Education Corporation, and reinsured by the Department of

Education under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et seq. (34 C.F.R. Part 682).

6. The Defendant defaulted on the promissory note, and the original Lender made demand for payment against the Guarantor. The Guarantor reimbursed the Lender, and then received reimbursement itself from the Department of Education under the reinsurance agreement.

7. The promissory note has been assigned, for value, to the Department of Education, and the Department of Education is currently the holder of the promissory note.

8. The Defendant is indebted to Plaintiff through this promissory note in the amount of $10,560.06 as of November 22, 2017, as is set forth in the Certificate of Indebtedness attached as Exhibit B.

9. Under the provision of 28 U.S.C. § 2412(a)(2), the United States is entitled to a filing fee in the amount of $400 to be taxed as costs against the defendant in actions initiated by the United States in any Federal District Court.

**COUNT II**

10. The allegations of Paragraph 1 through 10 are fully incorporated herein.

11. On or about February 12, 2005, the Defendant, for value, signed a promissory note to secure a Direct Consolidation loan from the U.S. Department of Education. (Exhibit C).

12. The Defendant defaulted on this promissory note.

13. The United States has demanded payment according to the terms of the promissory note.

14. The United States Department of Education remains the holder of the promissory note.

15. The Defendant is indebted to Plaintiff through this promissory note in the amount of $40,254.80 as of November 22, 2017, as is set forth in the Certificate of Indebtedness attached as Exhibit D.

16. Under the provision of 28 U.S.C. § 2412(a)(2), the United States is entitled to a filing fee in the amount of $400 to be taxed as costs against the defendant in actions initiated by the United States in any Federal District Court.

WHEREFORE, the United States of America demands judgment against defendant, Fannie L. Walker, as follows:

1. On Count 1, the sum of $10,560.06 as of November 22, 2017, plus pre-judgment interest at the rate of 8% from November 23, 2017 until date of judgment;

2. On Count II, the sum of $40,254.80 as of November 22, 2017, plus pre-judgment interest at the rate of 3.380% from November 22, 2017 until date of judgment;

3. Additional interest on the judgment balance at the legal rate allowed by law, computed daily and compounded annually; Costs herein expended, including $400 filing fee; and

4. Any further relief to which the plaintiff may appear entitled.

        Respectfully submitted,

        RUSSELL M. COLEMAN
        United States Attorney


        <u>s/William F. Campbell</u>
        William F. Campbell
        Assistant United States Attorney
        717 West Broadway
        Louisville, KY 40202
        Phone No: (502) 582-6773
        Fax No: (502) 625-7110

# "The SOLUTION"
## CONSOLIDATION LOAN APPLICATION AND PROMISSORY NOTE

IMPORTANT: READ THE INSTRUCTIONS CAREFULLY BEFORE COMPLETING — TO BE COMPLETED BY THE APPLICANT. Please type or print with a black ball point pen.

**WARNING:** Any person who knowingly makes a false statement or misrepresentation on this form is subject to penalties which may include fines or imprisonment under the United States Criminal Code and 20 USC 1087.4.

### SECTION I: PERSONAL INFORMATION

1. Applicant's Personal Information
   - Last Name: Walker
   - First Name: Fannie
   - Middle Initial: L
   - Social Security Number: [Redacted]7764
   - Previous Last Name (or maiden name): VanMeter
   - Date of Birth (MO/DAY/YR): [Redacted]68
   - Permanent Home Address: 7800 Greenway Drive
   - City/State/Zip Code: Louisville, KY 40222
   - Day Telephone Number: [Redacted]7058
   - Evening Telephone: [Redacted]4661

WISCONSIN RESIDENTS ONLY:
Marital Status: ☐ Married  ☐ Unmarried or Legally Separated
If married, spouse's name and address:

5. Driver's License Info
   - Driver's License Number: [Redacted]7764
   - State in which issued: KY
   - No Driver's License: ☐

6. Employment Information
   - a. Employment: ☒ Full-Time  ☐ Part-Time  ☐ Not Employed
   - b. Employer's Name: PNC Bank
   - Address: 750 Guthrie
   - City/State/Zip Code: Louisville, KY 40202
   - Annual Income: $27,000

7. A. Name and address of a relative not living with you:
   - Name: Deshon Smith
   - Address: 1541 Ambrose Ave
   - City/State/Zip: [Redacted], OH 45224
   - Evening Telephone Number: [Redacted]0893

B. Name and address of another person who knows you and your address:
   - Name: Jarri Price
   - Address: 1716-C Tazwell Ct.
   - City/State/Zip: Louisville, KY 40245
   - Phone: [Redacted]4661 / [Redacted]9931

### SECTION II: STUDENT LOAN INFORMATION

8. Student Loans I wish to have consolidated:

| a. Lender Name and Address / Servicer Name and Address | b. Account Number / Lender Code Number | c. Type of Loan: GSL/FISL/NDSL/Perkins/ALAS/SLS/HPSL | d. Estimated Current Balance (Prin. & Int.) | e. Interest Rate | f. Date Repayment Began/Will Begin |
|---|---|---|---|---|---|
| 1. USA Services/Pa... 5626 Frantz Rd Dublin OH 43017 | [Redacted]665 | GSL | $5464.32 | 8% | 3-18-94 |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| 6. | | | | | |

**TOTAL** — IMPORTANT! THIS TOTAL IS AN ESTIMATE. TO BE SURE YOU REQUEST ENOUGH TO PAY OFF YOUR TOTAL LOAN BALANCE, MULTIPLE THIS AMOUNT BY 1.05.   $5464.32 × 1.05 = $5737.70   ENTER THIS IN SECTION IV BOX

9. Student loans I wish to have considered for purposes of determining my repayment schedule but that I do not wish to have consolidated (DO NOT DUPLICATE LOANS LISTED IN ITEM 8):

| a. Creditor Name & Address | b. Account Number | c. Type of Loan Program | d. Estimated Current Balance (Prin. & Int.) | e. Interest Rate | f. Date Repayment Began/Will Begin |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |

**TOTAL** $

### SECTION III: REPAYMENT OPTIONS

10. I prefer (check one): ☒ SOLUTION 1. Level Payment Schedule
    ☐ SOLUTION 2. Two Years Interest Only, Remaining Term Principal & Interest
    ☐ SOLUTION 3. Four Years Interest Only, Remaining Term Principal & Interest
    ☐ SOLUTION 4. Six Years Interest Only, Remaining Term Principal & Interest

### SECTION IV: PROMISSORY NOTE AND BORROWER CERTIFICATION

11. PROMISE TO PAY AND BORROWER CERTIFICATION:
FOR VALUE RECEIVED, I THE UNDERSIGNED BORROWER PROMISE TO PAY THE CONSOLIDATING LENDER OR SUBSEQUENT HOLDER OF THIS PROMISSORY NOTE ("NOTE"), ALL OF THE PRINCIPAL SUM OF $5737.70 TO THE EXTENT THAT IT IS ADVANCED IN MY BEHALF, PLUS AN AMOUNT EQUIVALENT TO SIMPLE INTEREST ON THIS LOAN AS SPECIFIED IN MY DISCLOSURE STATEMENT AND REPAYMENT SCHEDULE WHICH WILL BE PROVIDED TO ME AT THE TIME MY FORMER CREDITORS HAVE DISCHARGED MY OBLIGATIONS ON THE LOANS SELECTED FOR CONSOLIDATION. If I fail to pay any of these amounts when they are due, I will pay all charges and other costs, including attorney's fees that are permitted by federal law and regulations for the collection of these amounts. If this loan is referred for collection to an agency that is subject to the Fair Debt Collection Practices Act, I will pay those collection costs to the extent authorized under such Act. I declare under penalty of perjury under laws of the United States that the information provided on this application is true and correct. I WILL NOT SIGN THIS NOTE BEFORE READING IT, INCLUDING THE TERMS WHICH CONTINUE ON THE REVERSE SIDE, EVEN IF OTHERWISE ADVISED. I FURTHER CERTIFY THAT I AM NOT NOW IN DEFAULT ON A PERKINS LOAN (FORMERLY NATIONAL DEFENSE/DIRECT LOAN), OR A GUARANTEED STUDENT LOAN (INCLUDING FEDERALLY INSURED STUDENT LOAN), OR A SUPPLEMENTAL LOAN FOR STUDENTS (INCLUDING ALAS LOAN) THAT I HAVE SELECTED FOR CONSOLIDATION. ALSO, I DO NOT OWE A REFUND ON ANY PELL GRANT OR SUPPLEMENTAL EDUCATION OPPORTUNITY GRANT. I ALSO CERTIFY THAT I AM IN REPAYMENT STATUS OR IN A GRACE PERIOD PRECEDING REPAYMENT AND NOT MORE THAN 90 DAYS DELINQUENT ON ANY OF THE LOANS LISTED ABOVE THAT I HAVE CHOSEN FOR CONSOLIDATION. IN ADDITION I CERTIFY THAT I HAVE NO CONSOLIDATION LOAN APPLICATION PENDING WITH ANOTHER LENDER. FURTHER, I CERTIFY THAT IF ANCHORBANK DOES NOT HOLD ANY OF MY LOANS SELECTED FOR CONSOLIDATION IN THE SECTION ABOVE, I HAVE SOUGHT AND BEEN UNABLE TO OBTAIN A CONSOLIDATION LOAN FROM THE HOLDER(S) OF THE LOANS FOR CONSOLIDATION. I hereby authorize the holder(s) of any of my loans which make up the consolidation loan to pay the Consolidating Lender any refund which may be owed to me. I understand that my SLS/ALAS Loans may be refinanced at the current annual variable rate as determined by the Secretary of the United States Department of Education (hereinafter called the Secretary) in accordance with the Higher Education Act of 1965, as amended (hereafter called the Act) as a part of this consolidation. I am entitled to an exact copy of this note. By signing this note, I acknowledge that I understand [...] and have received an exact copy hereof.

- Borrower's Signature: [Signed] Fannie Walker
- Date: 01/09/95
- Social Security Number: [Redacted]7764

### SECTION V: CONSOLIDATING LENDER

AnchorBank, s.s.b.
25 West Main Street
Madison, Wisconsin 53703
(608) 252-8759

Gary Hougland [signature]
Gary Hougland
Assistant Vice President — Consumer Lending
Authorized Lending Official
Date: 2-16-95
Lender Code: 831416

COPY A (WHITE) — LENDER COPY    COPY B (YELLOW) — WHEC COPY    COPY C (PINK) — BORROWER COPY    LF932 #3 7/92

---

(Side margin, right): "WITHOUT RECOURSE PAY TO THE ORDER OF GREAT LAKES HIGHER EDUCATION CORPORATION" ANCHORBANK FSB 12/17/03 by [signature]

(Right side): "I declare under penalty of perjury that the foregoing is a true and correct copy of the original Promissory Note."
Signature: [signed]
Title: Manager, Claims and Collection Support
Date: OCT 03 2009

Poor Source Original Document Retained

**EXHIBIT A**

U. S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

CERTIFICATE OF INDEBTEDNESS #1 OF 2

FANNIE L WALKER
8500 BIGGIN HILL LN
LOUISVILLE, KY 40220
Account No.XXXXX7764

I certify that U.S. Department of Education records show that the BORROWER named above is indebted to the United States in the amount stated below plus additional interest from 11/22/17.

On or about 01/09/95, the BORROWER executed a promissory note to secure a Federal Family Education Loan Program Consolidation loan from ANCHOR BANK, Madison, WI. This loan was disbursed for $5,434.82 on 02/22/95 at 8.0 % interest per annum. The loan obligation was guaranteed by GREAT LAKES HIGHER EDUCATION CORPORATION, and then reinsured by the Department of Education under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et seq. (34 C.F.R. Part 682). The holder demanded payment according to the terms of the note, and credited $848.39 to the outstanding principal owed on the loan. The BORROWER defaulted on the obligation on 09/01/03, and the holder filed a claim on the loan guarantee.

Due to this default, the guaranty agency paid a claim in the amount of $5,014.15 to the holder. The guarantor was then reimbursed for that claim payment by the Department under its reinsurance agreement. Pursuant to 34 C.F.R. § 682.410(b)(4), once the guarantor pays on a default claim, the entire amount paid becomes due to the guarantor as principal. The guarantor attempted to collect this debt from the BORROWER. The guarantor was unable to collect the full amount due, and on 11/09/09, assigned its right and title to the loan to the Department.

Since assignment of the loan, the Department has credited a total of $0.00 in payments from all sources, including Treasury Department offsets, if any, to the balance. After application of these payments, the BORROWER now owes the United States the following:

| | |
|---|---|
| Principal: | $5,107.76 |
| Interest: | $5,452.30 |
| Total debt as of 11/22/17: | $10,560.06 |

Interest accrues on the principal shown here at the rate of $1.12 per day.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 12/20/17

Loan Analyst
Litigation Support Unit

Philippe Guillon
Loan Analyst

EXHIBIT
B

Borrower's Name: **FANNIE WALKER**
Borrower's Social Security Number: Redacted 7764      FEB 1 5 2005

### REPAYMENT PLAN SELECTION

Carefully read question #5, "What are my repayment plan options?," on the "Frequently Asked Questions" Page to understand the repayment plans available to you. Then, complete this section to select your repayment plan. Remember--

- All student loans must be repaid under the same repayment plan. Parent PLUS loans may be repaid under a different repayment plan.
- If you select the Income Contingent Repayment Plan, you must complete the "Repayment Plan Selection" AND "Income Contingent Repayment Plan Consent to Disclosure of Tax Information" forms. Both forms can be downloaded from the "Forms and Publications" Page. **Your selection cannot be processed without these forms.**
- **If you want to consolidate a defaulted student loan(s) and you have not made a satisfactory repayment arrangement with your current holder(s), you must select the Income Contingent Repayment Plan.**

Place an "X" in the box that corresponds to your repayment plan selection for each loan type. Note that Direct PLUS Consolidation Loans cannot be repaid under the Income Contingent Repayment Plan.

|  |  | Income Contingent | Standard | Extended | Graduated |
|---|---|---|---|---|---|
| **STUDENT LOANS** | Direct Subsidized and Unsubsidized Consolidation Loans: | X |  |  |  |
| **PARENT LOANS** | Direct Plus Consolidation Loans: | N/A |  |  |  |

### PROMISSORY NOTE

**Promise to Pay:**
I promise to pay to the U.S. Department of Education (ED) all sums (hereafter "loan" or "loans") disbursed under the terms of this Promissory Note (note) to discharge my prior loan obligations, plus interest, and other fees that may become due as provided in this note. If I fail to make payments on this note when due, I will also pay collection costs including but not limited to attorney's fees and court costs. If ED accepts my application, I understand that ED will on my behalf send funds to the holder(s) of the loan(s) selected for consolidation in order to pay off this loan(s). I further understand that the amount of this loan will equal the sum of the amount(s) that the holder(s) of the loan(s) verified as the payoff balance(s) on that loan(s) selected for consolidation. My signature on this note will serve as my authorization to pay off the balance(s) of the loan(s) selected for consolidation as provided by the holder(s) of such loan(s).

This amount may be more or less than the estimated total balance I have indicated in the Loan Information Section. Further, I understand that if any collection costs are owed on the loans selected for consolidation, these costs may be added to the principal balance of the consolidation loan.

I understand that this is a Promissory Note. I will not sign this note before reading it, including the text on the reverse side, even if I am advised not to read the note. I am entitled to an exact copy of this note and a statement of the Borrower's Rights and Responsibilities. My signature certifies that I have read, understand, and agree, to the terms and conditions of this note, including the Borrower Certification and Authorization printed on the reverse side and the Borrower's Rights and Responsibilities.

If consolidating jointly with my spouse, we agree to the same terms and conditions contained in the Borrower Certification and Authorization. In addition, we confirm that we are legally married to each other and understand and agree that we are and will continue to be held jointly and severally liable for the entire amount of the debt represented by the Federal Direct Consolidation Loan without regard to the amounts of our individual loan obligations that are consolidated and without regard to any change that may occur in our marital status. We understand that this means that one of us may be required to pay the entire amount due if the other is unable or refuses to pay. We understand that the Federal Direct Consolidation Loan we are applying for will be cancelled only if both of us qualify for cancellation. We further understand that we may postpone repayment of the loan only if we provide ED with written requests that confirm Federal Direct Consolidation Loan Program deferment or forbearance eligibility for both of us at the same time.

**I UNDERSTAND THAT THIS IS A FEDERAL LOAN THAT I MUST REPAY.**

_____        2/12/05
Signature of Borrower                          Date

_____        _____
Signature of Spouse (if consolidating jointly)   Date


EXHIBIT C

# William D. Ford Federal Direct Consolidation Loans

## Obtained by application via the web

***Background:*** The William D. Ford Federal Direct Loan Program (Direct Loan Program) is authorized under Title IV, Part D of the Higher Education Act of 1965, as amended 20 U.S.C. Section 1087a et seq. Loans under the Direct Loan Program first became available on July 1, 1994. Under the Direct Loan Program, Education provides funds directly to borrowers.

Four types of loans are offered under the Direct Loan Program: Subsidized Direct Stafford, Unsubsidized Direct Stafford, Direct PLUS (Parent Loan for Undergraduate Students), and Direct Consolidation Loans.

The Federal Direct Consolidation Loan Program enables borrowers to apply for a loan to consolidate outstanding educational loans made pursuant to Title IV of the Higher education Act of 1965, as amended. The Consolidation Loan retires the underlying loans and issues a new loan in the amount of the payoff needed to retire those debts. Up until 2005, borrowers could consolidate a single loan into a new Direct Consolidation loan.

***Applying for Direct Consolidation Loans:*** Potential borrowers could apply for a Direct Consolidation Loan by accessing loanconsolidation.ed.gov (current applicants access StudentLoan.ed.gov). Direct Consolidation Loan applications and promissory notes, along with Borrower's Rights and Responsibilities and other documents (loan documents) were made available at that website. Applicants could download a paper copy of the loan documents, or, for Direct Consolidation Loans, they could choose to complete a loan application online – commonly known as the "web app."

Web applications allowed prospective Direct Consolidation Loan borrowers to complete the application for a Direct Consolidation Loan online with the option, at the end of the process, to either sign a promissory note electronically (e-sign), to have a paper copy of the promissory note mailed to them to return for processing, or to print their own copy of the promissory note to return for processing. Before selecting the method of signing/accessing the promissory note, applicants progress through a series of screens requesting demographic information and a listing of the loans for consolidation.

Those applicants requesting a mailed promissory note receive a four page application/promissory note. Those applicants printing the note from the website will print out a three page promissory note. The applicant signs and returns the note. Education's business practices have been to retain all pages of the promissory note returned by the applicant, but the applicant is only required to return the signature page. The information requested in the other pages has already been entered into the website from previous screens and will eventually migrate into databases used to process and service the loans. For many Web App borrowers only the signature page is returned. Education can provided templates of the entire note.

***Processing Direct Consolidation Loans:*** After receiving the Direct Consolidation loan application, Education sends a Federal Direct Consolidation Loan Verification Certificate (LVC) to the loan holders. The loan holder certifies the balance and interest rate as of a specific payoff date and returns the LVC to Education. The LVC is used to determine the balance and interest rate of the Direct Consolidation Loan.

The amount disbursed may differ slightly from the amount on the LVC as the loan may not book precisely on the payoff date provided on the LVC.

The disbursed amount and interest rate does not appear on the LVC as they are not known at the time the borrower signs the promissory notes. The interest rate of the Direct Consolidation loan is determined by the weighted average of the purchased loans rounded up to the nearest one-eighth of one percent. Once the Direct Consolidation loan has booked, the borrower is sent a "Welcome Notice" which discloses the balance and interest rate for the new Direct Consolidation loan and the borrower is given the opportunity to dispute that balance.

**_Litigation Support:_**  Education staff can provide a declaration, with supporting documentation, describing the Direct Loan Consolidation process if needed.  The declaration includes templates of the website screens that the applicant would have viewed when applying for the Direct Consolidation Loan.

U. S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

CERTIFICATE OF INDEBTEDNESS #2 OF 2

FANNIE L WALKER
AKA FANNIE WALKER
8500 BIGGIN HILL LN
LOUISVILLE, KY 40220
Account No. XXXXX7764

I certify that U.S. Department of Education records show that the BORROWER named above is indebted to the United States in the amount stated below plus additional interest from 11/22/17.

On or about 02/12/05, the BORROWER executed a promissory note to secure a Direct Consolidation loan from the U.S. Department of Education. This loan was disbursed for $14,144.97 & 13,862.44 on 03/18/05 at 3.375 % interest per annum. The loan was made by the Department under the William D. Ford Federal Direct Loan Program under Title IV, Part D of the Higher Education Act of 1965, as amended, 20 U.S.C. 1087a et seq. (34 C.F.R. Part 685). The Department demanded payment according to the terms of the note, and the BORROWER defaulted on the obligation on 12/02/07. Pursuant to 34 C.F.R. § 685.202(b), a total of $1,503.71 in unpaid interest was capitalized and added to the principal balance.

The Department has credited a total of $195.34 in payments from all sources, including Treasury Department offsets, if any, to the balance. After application of these payments, the BORROWER now owes the United States the following:

| | |
|---|---|
| Principal: | $29,511.12 |
| Interest: | $10,743.68 |
| Total debt as of 11/22/17: | $40,254.80 |

Interest accrues on the principal shown here at the rate of $2.73 per day.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 12/20/17

Loan Analyst
Litigation Support Unit

Philippe Guillon
Loan Analyst

EXHIBIT D

JS 44   (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

**DEFENDANTS**

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ❑ 1  U.S. Government Plaintiff
- ❑ 2  U.S. Government Defendant
- ❑ 3  Federal Question *(U.S. Government Not a Party)*
- ❑ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ❑ 1 | ❑ 1 | Incorporated *or* Principal Place of Business In This State | ❑ 4 | ❑ 4 |
| Citizen of Another State | ❑ 2 | ❑ 2 | Incorporated *and* Principal Place of Business In Another State | ❑ 5 | ❑ 5 |
| Citizen or Subject of a Foreign Country | ❑ 3 | ❑ 3 | Foreign Nation | ❑ 6 | ❑ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ❑ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ❑ 625 Drug Related Seizure of Property 21 USC 881 | ❑ 422 Appeal 28 USC 158 | ❑ 375 False Claims Act |
| ❑ 120 Marine | ❑ 310 Airplane | ❑ 365 Personal Injury - Product Liability | ❑ 690 Other | ❑ 423 Withdrawal 28 USC 157 | ❑ 376 Qui Tam (31 USC 3729(a)) |
| ❑ 130 Miller Act | ❑ 315 Airplane Product Liability | ❑ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ❑ 400 State Reapportionment |
| ❑ 140 Negotiable Instrument | ❑ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ❑ 410 Antitrust |
| ❑ 150 Recovery of Overpayment & Enforcement of Judgment | ❑ 330 Federal Employers' Liability | | | ❑ 820 Copyrights | ❑ 430 Banks and Banking |
| ❑ 151 Medicare Act | | ❑ 368 Asbestos Personal Injury Product Liability | | ❑ 830 Patent | ❑ 450 Commerce |
| ❑ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ❑ 340 Marine | | | ❑ 835 Patent - Abbreviated New Drug Application | ❑ 460 Deportation |
| | ❑ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ❑ 840 Trademark | ❑ 470 Racketeer Influenced and Corrupt Organizations |
| ❑ 153 Recovery of Overpayment of Veteran's Benefits | ❑ 350 Motor Vehicle | ❑ 370 Other Fraud | ❑ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ❑ 480 Consumer Credit |
| ❑ 160 Stockholders' Suits | ❑ 355 Motor Vehicle Product Liability | ❑ 371 Truth in Lending | ❑ 720 Labor/Management Relations | ❑ 861 HIA (1395ff) | ❑ 490 Cable/Sat TV |
| ❑ 190 Other Contract | ❑ 360 Other Personal Injury | ❑ 380 Other Personal Property Damage | | ❑ 862 Black Lung (923) | ❑ 850 Securities/Commodities/ Exchange |
| ❑ 195 Contract Product Liability | | | ❑ 740 Railway Labor Act | ❑ 863 DIWC/DIWW (405(g)) | |
| ❑ 196 Franchise | | ❑ 385 Property Damage Product Liability | ❑ 751 Family and Medical Leave Act | ❑ 864 SSID Title XVI | ❑ 890 Other Statutory Actions |
| | ❑ 362 Personal Injury - Medical Malpractice | | | ❑ 865 RSI (405(g)) | ❑ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ❑ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ❑ 893 Environmental Matters |
| ❑ 210 Land Condemnation | ❑ 440 Other Civil Rights | **Habeas Corpus:** | ❑ 791 Employee Retirement Income Security Act | ❑ 870 Taxes (U.S. Plaintiff or Defendant) | ❑ 895 Freedom of Information Act |
| ❑ 220 Foreclosure | ❑ 441 Voting | ❑ 463 Alien Detainee | | ❑ 871 IRS—Third Party 26 USC 7609 | ❑ 896 Arbitration |
| ❑ 230 Rent Lease & Ejectment | ❑ 442 Employment | ❑ 510 Motions to Vacate Sentence | | | ❑ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ❑ 240 Torts to Land | ❑ 443 Housing/ Accommodations | ❑ 530 General | | | |
| ❑ 245 Tort Product Liability | ❑ 445 Amer. w/Disabilities - Employment | ❑ 535 Death Penalty | **IMMIGRATION** | | ❑ 950 Constitutionality of State Statutes |
| ❑ 290 All Other Real Property | | **Other:** | ❑ 462 Naturalization Application | | |
| | ❑ 446 Amer. w/Disabilities - Other | ❑ 540 Mandamus & Other | ❑ 465 Other Immigration Actions | | |
| | ❑ 448 Education | ❑ 550 Civil Rights | | | |
| | | ❑ 555 Prison Condition | | | |
| | | ❑ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ❑ 1  Original Proceeding
- ❑ 2  Removed from State Court
- ❑ 3  Remanded from Appellate Court
- ❑ 4  Reinstated or Reopened
- ❑ 5  Transferred from Another District *(specify)*
- ❑ 6  Multidistrict Litigation - Transfer
- ❑ 8  Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

❑   CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:

**JURY DEMAND:**   ❑ Yes   ❑ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____   DOCKET NUMBER _____

DATE _____   SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT #  _____   AMOUNT  _____   APPLYING IFP  _____   JUDGE  _____   MAG. JUDGE  _____